## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COLUMBIA MUTUAL INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 10-cv-0429-MJR ) |
| **SEARS ROEBUCK & CO., LOUISE BRADLEY and EARLEEN MORRIS,** | ) ) ) |
| **Defendants.** | ) ) |

### ORDER

**REAGAN, District Judge:**

On August 30, 2010, Plaintiff Columbia Mutual Insurance Company filed Stipulation for Dismissal (Doc. 11). Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**, a plaintiff may dismiss a case by filing a stipulation signed by all parties who have appeared.

Accordingly, the Court **DISMISSES** this action without prejudice, each party to bear her or its own costs.

**IT IS SO ORDERED.**

**DATED this 31st day of August, 2010**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**